STACEY M. LEYTON (203827)
EILEEN B. GOLDSMITH (218029)
JUHYUNG HAROLD LEE (315738)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sleyton@altber.com
         egoldsmith@altber.com
         hlee@altber.com

BENJAMIN L. KING (*pro hac vice forthcoming*)
MCKNIGHT, CANZANO, SMITH,
   RADTKE & BRAULT, P.C.
3950 West 11 Mile Road
Berkley, MI 48072
Telephone: (248) 354-9650
Facsimile: (248) 354-9656
E-mail: bking@michworkerlaw.com

*Attorneys for Defendants*
   *UAW and UAW Local 230*

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCA US LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) and UAW LOCAL 230, <br><br> Defendants. | Case No.: 5:24-cv-02123-KK-DTB <br><br> **DEFENDANTS INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) AND UAW LOCAL 230'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Hearing Date: January 30, 2025 <br> Time: 9:30 a.m. <br> Judge: Hon. Kenly Kiya Kato <br> Courtroom: Courtroom 3 <br><br> Action Filed: October 3, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 30, 2025, at 9:30 a.m. or as soon thereafter as this matter may be heard before the Honorable Kenly Kiya Kato in Courtroom 3 of the United States District Court for the Central District of California, located at the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Riverside, California 92501, Defendants International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and UAW Local 230 (collectively, "Unions") will and hereby do move for judgment on the pleadings as to both claims asserted in the complaint filed by Plaintiff FCA US LLC ("Stellantis"). This motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure on the following grounds:

1. The Court lacks jurisdiction under section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a), to hear the complaint.

2. Stellantis's request for declaratory relief as to the Union's authority to strike is also unripe.

3. Even if the Court had jurisdiction to issue Stellantis's requested declaratory relief, it should exercise its discretion not to issue such relief.

4. The collective bargaining agreement (CBA) between the parties expressly permits the Unions to engage in the conduct that Stellantis alleges to be unlawful.

5. The Unions have not acted in bad faith by taking actions permitted by the CBA and protected by rights that the Unions have not waived.

The Unions' motion is based upon this Notice of Motion and Motion for Judgment on the Pleadings; the accompanying Memorandum of Points and Authorities; the accompanying Declaration of Stephen Stahl and exhibits attached thereto; any other pleadings filed with the Court; any matters of which the Court may take judicial notice; and any oral argument presented by counsel.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by telephone on November 21, 2024. The Unions' counsel contacted

Stellantis's counsel on November 19, 2024, to schedule a conference for November 20, 2024, regarding the Unions' motion. However, Stellantis's counsel was unavailable on that date, and so the parties conferred on November 21, 2024.

Dated: November 27, 2024          Respectfully submitted,

/s/ *Stacey M. Leyton*
Stacey M. Leyton

Stacey M. Leyton
Eileen B. Goldsmith
Juhyung Harold Lee
Altshuler Berzon LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Benjamin L. King (*pro hac vice forthcoming*)
McKnight, Canzano, Smith, Radtke & Brault, P.C.
3950 West 11 Mile Road
Berkley, MI 48072
Telephone: (248) 354-9650
Facsimile: (248) 354-9656

*Attorneys for Defendants
UAW and UAW Local 230*