**FILED**

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FCA US, LLC,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW and UNITED AUTO WORKERS - LOCAL 230,<br><br>    Defendants - Appellees. | No. 25-1449<br><br>D.C. No. 5:24-cv-02123-KK-DTB<br>Central District of California, Riverside<br><br>ORDER |
| FCA US, LLC,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and UNITED AUTO WORKERS - LOCAL 230,<br><br>    Defendants - Appellants. | No. 25-1819<br>D.C. No. 5:24-cv-02123-KK-DTB<br>Central District of California, Riverside |

The parties' stipulated motion (Docket Entry No. 12) is treated as a motion to dismiss the appeals with prejudice. So treated, the stipulated motion is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator